IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01537-MSK-MJW

HEALTHTRAN LLC,
a Delaware limited liability company,

       Plaintiff,

v.

CYPRESS CARE, LLC, a Georgia limited liability company,
CYPRESS CARE, INC., a Delaware corporation,
JOHN DOES I-X,
ABC CORPORATION I-V, and
XYZ PARTNERSHIPS I-V,

       Defendants.

_____

**ORDER DENYING JOINT MOTION TO PLACE CASE
ON INACTIVE CALENDAR**
_____

**THIS MATTER** comes before the Court pursuant to the parties' Joint Motion to Place Case on Inactive Calendar to Allow Time for Settlement Conditions to be Fulfilled **(#27)**.

The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2. Accordingly, the Motion is **DENIED** without prejudice.

Dated this 19th day of October, 2005

**BY THE COURT:**

Marcia S. Krieger
United States District Judge