IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01537-MSK-MJW

HEALTHTRAN LLC,
a Delaware limited liability company,

        Plaintiff,

v.

CYPRESS CARE, LLC, a Georgia limited liability company,
CYPRESS CARE, INC., a Delaware corporation,
JOHN DOES I-X,
ABC CORPORATION I-V, and
XYZ PARTNERSHIPS I-V,

        Defendants.

_____

## ORDER DENYING JOINT MOTION TO
## PLACE CASE ON INACTIVE CALENDAR TO ALLOW TIME
## FOR SETTLEMENT CONDITIONS TO BE FULFILLED
_____

THIS COURT, having reviewed the Joint Motion to Place Case on Inactive Calendar to Allow Time for Settlement Conditions to Be Fulfilled **(#29)** (the "Joint Motion"), and being otherwise advised in the premises,

HEREBY DENIES the request.  There is no inactive calendar and belief in an impending settlement does not constitute good cause for a stay of proceedings. The parties are free to file a settlment stipulation if, and when, they choose.  They may seek to continue the

scheduling conference which the Court leaves to the discretion of the Magistrate Judge.

DATED this 20th day of October, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge