IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01537-MSK-MJW

HEALTHTRAN LLC,
a Delaware limited liability company,

       Plaintiff,

v.

CYPRESS CARE, LLC, a Georgia limited liability company,
CYPRESS CARE, INC., a Delaware corporation,
JOHN DOES I-X,
ABC CORPORATION I-V, and
XYZ PARTNERSHIPS I-V,

       Defendants.
_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT AND DIRECTING CLOSURE OF CASE**
_____

THIS COURT, having reviewed the Plaintiff's Motion for An Extension of Time to File a Second Amended Complaint or Alternatively for an Order Remanding the Case to State Court **(#31)**, and finding that the parties have stipulated to remand this matter,

HEREBY ORDERS that this case shall be remanded to the Colorado District Court for the City and County of Denver. The Clerk shall close this case.

DATED this 24th day of October, 2005.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*
       _____

       Marcia S. Krieger
       United States District Judge