IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01537 MSK-MJW

HEALTHTRAN, LLC, a Delaware limited liability company,

Plaintiff,

v.

CYPRESS CARE, LLC, a Georgia limited liability company; CYPRESS CARE, INC., a Delaware Corporation; JOHN DOES I-X; ABC CORPORATIONS I-V; and XYZ PARTNERSHIPS I-V,

Defendants.

---

## ORDER GRANTING JOINT MOTION TO VACATE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES
( Docket po. 42 )

---

Watanabe, M.

THIS COURT, having reviewed the Joint Motion to Vacate Scheduling Conference and Associated Deadlines, and being otherwise advised in the premises,

HEREBY ORDERS that the Scheduling Conference currently scheduled to take place on November 15, 2005 at 9:00 a.m. is hereby VACATED, and

FURTHER ORDERS that all deadlines currently in effect in this case are hereby vacated; and

FURTHER ORDERS that the Parties shall file either a Stipulation for Dismissal or a status report with this Court by November 22, 2005.

DONE THIS 8th day of November, 2005.

BY THE COURT:

By: /s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

05-CV-01537-MSK-MJW
11-8-05