IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01537-MSK-MJW

HEALTHTRAN LLC,
a Delaware limited liability company,

        Plaintiff,

v.

CYPRESS CARE, LLC, a Georgia limited liability company,
CYPRESS CARE, INC., a Delaware corporation,
JOHN DOES I-X,
ABC CORPORATION I-V, and
XYZ PARTNERSHIPS I-V,

        Defendants.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE AND CLOSURE OF CASE
_____

THIS COURT, having reviewed the Stipulation for Dismissal With Prejudice **(#47)**, and being otherwise advised,

HEREBY ORDERS that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Clerk shall close this case.

DATED this 23rd day of November, 2005.

                          **BY THE COURT:**

                          *Marcia S. Krieger*
                          _____

                          Marcia S. Krieger
                          United States District Judge